**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SHEYENNE MYERS,** *Plaintiff,* v. **UNITED AIRLINES, INC.** *Defendant.* | Civil Action No.: 1:23-cv-11113-MJJ |

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

Please take notice of this Dismissal of the action in its entirety by the Plaintiff pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Dated: August 30, 2023

/s/ WILLIAM E. GENS
William E. Gens [BBO 556595]
GENS & STANTON, P.C.
12 Ericsson Street
Boston, MA 02122
(617) 206-4675
billgens@genslawoffices.com